W. B. EASTERLING v. COMMERCIAL CREDIT CO (4 Div 294.) Court of Appeals of Alabama. March 29, 1927. J. S. Williams, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(118 So. 923)

Avery EDGE v. STATE. (4 Div. 368.) Court of Appeals of Alabama. Nov. 8, 1928. W. L. Parks, Judge.

BRICKEN, P. J. Appeal dismissed by appellant.

(118 So. 923)

Tom ELLIS v. STATE. (5 Div. 725.) Court of Appeals of Alabama. Nov. 27, 1928. George F. Smoot, Judge.

RICE, J. Appeal dismissed.

(114 So. 921)

Lee ELMORE v. STATE. (6 Div. 297.) Court of Appeals of Alabama. Nov. 8, 1927. Benj. F. Elmore, Judge.

SAMFORD, J. Appeal dismissed.

(114 So. 921)

ERIE LEATHER CO. et al. v. Necie DU-PREE. (6 Div. 250.) Court of Appeals of Alabama. Dec. 1, 1927. John Denson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(114 So. 921)

G. ESPALLA v. STATE. (1 Div. 744.) Court of Appeals of Alabama. Nov. 22, 1927. Saffold Berney, Judge.

SAMFORD, J. Affirmed.

(112 So. 921)

Henry FARMER v. STATE. (8 Div. 538.) Court of Appeals of Alabama. May 24, 1927. W. W. Haralson, Judge.

SAMFORD, J. Appeal dismissed.

(114 So. 921)

Mance FARROW v. STATE. (5 Div. 687.) Court of Appeals of Alabama. Nov. 29, 1927. S. L. Brewer, Judge.

BRICKEN, P. J. Appeal dismissed.

(111 So. 924)

Travis FAULK et al. v. STATE. (4 Div. 220.) (Court of Appeals of Alabama. Jan. 13, 1927.) W. L. Parks, Judge.

PER CURIAM. Appeal dismissed.

(117 So. 925)

F. BECKER ASPHALTUM ROOFING CO. v. Samuel LIVELY. (6 Div. 450.) Court of Appeals of Alabama. Aug. 7, 1928. Walter Brower, Special Judge.

PER CURIAM. Appeal dismissed on motion of appellant.

(113 So. 916)

Tom FETNER v. STATE. (7 Div. 335.) Court of Appeals of Alabama, June 30, 1927. E. S. Lyman, Judge. Pruet & Glass, of Ashland, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Appellant's refused written charges 8 and 10 are not different from those of the same number in the case of Shelly Fetner v. State, ante, p. 128, 113 So. 467, and upon the authority of the opinion in that case their refusal constituted reversible error. The other questions in the case do not merit discussion. Reversed and remanded.

(118 So. 923)

J. FILLER, etc., v. BERMAN BROS. IRON & METAL CO. (6 Div. 445.) Court of Appeals of Alabama, Nov. 8, 1928. John Denson, Judge.

SAMFORD, J. Appeal dismissed.

(112 So. 921)

C. F. FISHER v. STATE. (6 Div. 143.) Court of Appeals of Alabama, May 10, 1927. Henry B. Foster, Judge.

RICE, J. Appeal dismissed.

(116 So. 924)

J. Morgan FLOWERS v. STATE. (6 Div. 293.) Court of Appeals of Alabama. April 24, 1928. John P. McCoy, Judge. Assault. See, also, ante, p. 454, 117 So. 159.

RICE, J. Affirmed.

(118 So. 923)

J. Morgan FLOWERS v. STATE. (6 Div. 292.) Court of Appeals of Alabama. May 22, 1928. Rehearing Denied June 19, 1928. John P. McCoy, Judge. Assault.

SAMFORD, J. Affirmed.